IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———— ————

NO. 04-4763

———— ————

UNITED STATES OF AMERICA

v.

ROBERT RAY REICHARD,
Appellant

———— ————

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Crim. Action No. 03-cr-00042)
District Judge:  Hon. Sean J. McLaughlin

———— ————

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 19, 2005

BEFORE:  SMITH, STAPLETON and NYGAARD, Circuit Judges

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on October 19, 2005.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered December 22, 2004, be, and the same is, hereby AFFIRMED.  All of the above is in accordance with the opinion on this Court.

Attest:

*Marcia M. Waldron*

Clerk

DATED:  October 27, 2005