IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

NO. 04-4763
_____

UNITED STATES OF AMERICA

v.

ROBERT RAY REICHARD,
Appellant

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Crim. Action No. 03-cr-00042)
District Judge: Hon. Sean J. McLaughlin

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 19, 2005

BEFORE: SMITH, STAPLETON and NYGAARD, Circuit Judges

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on October 19, 2005.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered December 22, 2004 be, and the same is, hereby AFFIRMED. All of the above is in accordance with the opinion of this Court.

Attest:              A True Copy:

Marcia M. Waldron
Clerk                               Marcia M. Waldron, Clerk

Certified as a true copy and issued in lieu
of a formal mandate on 11/18/05     TM

DATED: October 27, 2005

Teste: Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit